No. 9173. W. C. BROWN AND HAROLD HAGEN, PLAINTIFFS
AND RESPONDENTS, *v.* DEPARTMENT OF AGRICULTURE,
LABOR AND INDUSTRY OF THE STATE OF MONTANA,
ALFRED R. ANDERSON, Commissioner of Agriculture,
THOMAS A. McMASTER, Dairy Commissioner, and ARNOLD
H. OLSEN, Attorney General of the State of Montana, DEFEND-
ANTS AND APPELLANTS, and WALTER H. SCHULTE AND
HOWARD DISSLY, DEFENDANTS IN INTERVENTION.

254 Pac. (2d) 1088.

Decided March 23, 1953.

Per Curiam.

On motion of appellants and intervenors by and through their
respective counsel, and it appearing that the questions involved
on this appeal have become moot since the filing and submission
thereof by virtue of the enactment of Chapter 172 of the Ses-
sion Laws of Montana of 1953, approved and effective March
3, 1953,

Now therefore it is ordered that the appeal be dismissed with
prejudice.